UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT – NEW HAVEN DIVISION

IN RE:

ALL CASES IN WHICH DEILY & GLASTETTER LLP
FKA DEILY, MOONEY & GLASTETTER LLP and/or               Case No.: SEE ATTACHED LIST
MARTIN A. MOONEY, ESQ.,

        Attorney

DEILY & GLASTETTER, LLP

        Movant

v.

ALL CASES IN WHICH DEILY & GLASTETTER LLP
FKA DEILY, MOONEY & GLASTETTER LLP and/or
MARTIN A. MOONEY, ESQ.,

        Respondent

**OMNIBUS MOTION TO WITHDRAW APPEARANCE OF DEILY & GLASTETTER LLP
FKA DEILY, MOONEY & GLASTETTER LLP AND/OR WITHDRAW APPEARANCE OF
MARTIN A. MOONEY, ESQ. FORMERLY OF DEILY & GLASTETTER LLP
FKA DEILY, MOONEY & GLASTETTER LLP**

Deily & Glastetter LLP, as and for its Omnibus Motion to Withdraw Appearance of Deily & Glastetter, LLP fka Deily, Mooney & Glastetter LLP and/or Withdraw Appearance of Martin A. Mooney, Esq., formerly of Deily & Glastetter, LLP fka Deily, Mooney & Glastetter LLP, states the following grounds therefor:

1. Deily & Glastetter LLP closed its bankruptcy practice with respect to its representation of creditors in consumer bankruptcy filings.

2. Martin A. Mooney, Esq. is no longer associated with the law firm of Deily & Glastetter LLP.

3. Pursuant to the request of the Court, this Omnibus Motion is being submitted to withdraw the appearance of Deily & Glastetter LLP and/or Martin A. Mooney, Esq. in all active bankruptcy proceedings within the District of Connecticut and Division of New Haven. A list of the relevant cases,

together with the name of the corresponding creditor for whom our office represented, is attached hereto as Exhibit "A" and made a part hereof.

4. No prior application for the relief requested herein has been made.

WHEREFORE, Deily & Glastetter LLP hereby request that the Court issue an Order granting the instant motion so as to allow the Clerk's Office to take necessary procedural actions to effectuate the withdrawal of Deily & Glastetter and/or Martin A. Mooney, Esq.; and for such other and further relief as to the Court may seem just and proper.

DATED: June 5, 2014
/s/ Jonathan D. Deily
Jonathan D. Deily, Esq. (Fed. ID No. # 17947)
DEILY & GLASTETTER, LLP
8 Thurlow Terrace
Albany, New York 12203
Tel. (518) 436-0344
Email: jdeily@deilylawfirm.com

14.00615

Exhibit "A"

| Case No. | Debtor Name | Creditor Name |
| --- | --- | --- |
| 08-30945 | Arthur E. Schulz and Cheryl L. Schulz | Capital One Auto Finance |
| 08-31152 | Richard A. Stevens | DCFS Trust |
| 08-31631 | Sandra Pieger | Audi Financial Services |
| 08-31796 | Donald J. Sumple | Wells Fargo Auto Finance, Inc., Servicer for Wells Fargo Bank, N.A. |
| 08-32731 | Porfirio Del Toro | AmeriCredit Financial Services, Inc. |
| 08-33705 | George L. Knight and Linda K. Knight | Santander Consumer USA Inc. |
| 08-33770 | Steven Nastri | CitiFinancial Auto Credit, Inc. |
| 09-30682 | James T. Harris and Escelena D. Harris | CitiFinancial Auto Ltd. |
| 09-30893 | Karen Pratt | Deutsche Bank National Trust Company |
| 09-31030 | Michael Mark | AmeriCredit Financial Services, Inc. |
| 10-31573 | James C. Frey and Christine R. Frey | Santander Consumer USA Inc. |
| 10-32374 | Linda M. Justice | American Honda Finance Corp. |
| 10-32733 | Infinistaff, LLC | Nationstar Mortgage LLC |
| 10-32823 | Luis R. Cruz and Tylynn L. Cruz | Household Realty Corporation |
| 10-33801 | Anthony Sealy | Litton Loan Servicing, LP |
| 11-30678 | Keith A. Hathaway | Litton Loan Servicing, LP |
| 11-31365 | Jesus Ortiz | Mercedes-Benz Financial Services USA LLC formerly known as DCFS USA LLC |
| 11-32586 | Audra J. Oliver | Santander Consumer USA Inc. |
| 11-33036 | Denise Colagiovanni | AmeriCredit Financial Services, Inc. |
| 11-33133 | Sylvia A. Burgess | Santander Consumer USA Inc. |
| 12-30095 | Susan J. Tatoian | Discover Bank |
| 12-30223 | Efrain Nieves | Credit Acceptance Corporation |
| 12-30362 | Annette Aitken | RBS Citizens, N.A. |
| 12-30700 | Jason R. Sheehan | Nationstar Mortgage LLC |
| 12-30957 | Abdourachidou Maman | Deutsche Bank National Trust Company |
| 12-31144 | Richard P. Benoit and Jaimee Ann Benoit | Credit Acceptance Corporation |
| 12-31484 | Philip B. Sarenas and Rachel S. Sarenas | Credit Acceptance Corporation |
| 12-31927 | Milverta Mitchell | Wells Fargo Bank, N.A. |
| 12-32022 | Twana C. Crawford | AmeriCredit Financial Services, Inc. |
| 13-30630 | Luca DeFilippo and Cheryl DeFilippo | RBS Citizens, N.A. |
| 13-30862 | Adele J. Santangelo | RBS Citizens, N.A. |