**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION**

| | | |
|---|---|---|
| In re ) | | CHAPTER 7 |
| ) | | CASE NO. 10-32733(JAM) |
| INFINISTAFF, LLC. ) | | |
|    Debtor ) | | July 2, 2014 |
| ) | | |

**CHAPTER 7 TRUSTEE'S LIMITED OBJECTION TO APPLICATION OF
ROBINSON & COLE LLP FOR ORDER AUTHORIZING AND APPROVING
EMPLOYMENT AND RETENTION
AS COUNSEL TO THE FORMER DEBTOR-IN POSSESSION NUNC PRO TUNC**

To the HONORABLE JULIE A. MANNING, Bankruptcy Judge:

    Now comes Kara S. Rescia, the duly-appointed Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Infinistaff, LLC (the "Debtor"), hereby objects on a limited basis to the Application of Robinson & Cole, LLP for Order Authorizing and Approving the Employment and retention of Robinson & Cole LLP as Employment and Commercial Disputes Counsel to the Former Debtor-in-Possession Nunc Pro Tunc to September 13, 2010 filed on May 7, 2014 as Doc. ID. 299 (the "Employment Application"). In support of this Limited Objection the Trustee represents as follows:

1. On September 19, 2010, the Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code and said petition was converted to Chapter 7 on July 17, 2013 (the "Conversion Date") and on July 18, 2013, the undersigned was duly appointed the Chapter 7 Trustee and is currently serving in that capacity.

2. The Trustee recently reviewed the digital audio recording of the continued joint 341 meeting of the Debtor's case as well as the individual converted Chapter 7 proceeding of Jason Sheehan Case No. 12-30700 held on September 18, 2014 to determine whether or not Jason Sheehan, principal of the Debtor may have testified regarding his representations

to another law firm or any of their attorneys that the Debtor was operating as a Debtor-in-Possession during the pendency of their representation of the Debtor.

3. During said review, the Trustee listened to Jason Sheehan's testimony relative to whether or not he ever informed Robinson & Cole, LLP or any of its attorneys that the Debtor was operating as a debtor-in-possession during the pendency of their representation of the Debtor during the Chapter 11 proceeding.

4. During said examination and in response to the Trustee's questions regarding Robinson & Cole's representation of the Debtor during the Chapter 11 proceeding, Mr. Sheehan testified that he may have told Attorney Steve Aronson but was not sure.

    Respectfully submitted.

    KARA S. RESCIA, TRUSTEE
    For the Estate of Infinistaff, LLC
    By her counsel

    By  */s/ Kara S. Rescia*
      Kara S. Rescia, Esq.
      Eaton & Rescia, LLP
      200 North Main Street, East 14
      East Longmeadow, MA 01028
      (413) 526-9529 Telephone
      Federal Bar No.: ct18001
      krescia@eatonandrescia.com
      Date: July 2, 2014

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### NEW HAVEN DIVISION

| | |
|---|---|
| In re ) | CHAPTER 7 |
| ) | CASE NO. 10-32733(JAM) |
| INFINISTAFF, LLC. ) | |
| Debtor ) | July 2, 2014 |
| ) | |

### **CERTIFICATE OF SERVICE**

The undersigned Kara S. Rescia Chapter 7 Trustee hereby certifies that on July 2, 2014, I served the following on the parties listed below: a copy of the Trustee's Limited Objection to Application of Robinson & Cole, LLP for Order Authorizing and Approving the Employment and retention of Robinson & Cole LLP as Employment and Commercial Disputes Counsel to the Former Debtor-in-Possession Nunc Pro Tunc to September 13, 2010 Nunc Pro Tunc via electronic mail or U.S. Postal mail:

Office of the United States Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510

Debtor's Counsel
Peter L. Ressler
Groob Ressler & Mulqueen
123 York Street, Suite 1B
New Haven, CT 06511-0001

Ann M. Nevins
Assistant United States Attorney
U.S. Attorney's Office
915 Lafayette Boulevard, Room 309
Bridgeport, CT 06604

LM Insurance Corporation
Kevin J. McEleney, Esq.
Updike, Kelly & Spellacy, P.C.
100 Pearl Street, 17th Floor
Hartford, CT 06123—1277

Chapter 7 Trustee to Jason R. Sheehan
George I. Roumeliotis
100 Pearl Street, 14th Floor
Hartford, CT 06103

Denise S. Mondell
Office of the Attorney General
P.O. Box 120
Hartford, CT 06141-0120

Counsel to McNair & Associates, CHTD
Mitchell Levine, Esq.
Nair & Levin, P.C.
707 Bloomfield Avenue
P.O. Box 106 Bloomfield, CT 06002

Local Counsel to Angela Hayes
Coan Lewendon Gulliver & Miltenberger, LLC
Carl T. Gulliver, Esq.
Timothy M. Miltenberger
495 Orange Street
New Haven, CT 06511

TD Bank, N.A.
c/o Scott D. Rosen, Esq.
Cohn Birnbaum & Shea P.C.
100 Pearl Street, 12th Floor
Hartford, CT 06103

Michael R. Enright, Esq.
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

Christine Sciarrino
Assistant United States Attorney
U.S. Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510

Counsel to Hamilton Connections, LLC
Thomas J. Welsh, Esq.
Brown & Welsh, P.C.
530 Preston Avenue
P.O. Box 183
Meriden, CT 06450

/s/Kara S. Rescia
Kara S. Rescia